December 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

AKRAM MUSHTAHA, Appellant

NO. 14-13-00793-CV                    V.

TILE ROOFS OF TEXAS, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Tile Roofs of Texas, signed June 11, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Akram Mushtaha, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.